# EXHIBIT B

# CLAIM CHART FOR U.S. PATENT NO. 10,594,854 AGAINST GOOGLE KEEP

| CLAIM 1 | Google Keep Through (FIGS. I-VII) |
|---|---|
| A method for providing location-based notifications using (i) a mobile communication device of a user equipped with an on-board GPS device and (ii) a remote geo-code database accessible through a remote server, | Google Keep provides a method of providing location-based notification using: (i) a mobile communication device (10) of a user equipped with an on-board GPS device (14); and (ii) a remote geo-code database (12) accessible through a remote server (13). See FIGS I, IV, V and VII. |
| the remote geo-code database storing contact information linked to geographical locations such that each stored set of GPS coordinates corresponding to a respective geographical location is mapped to a respective set of contact information of an entity located at the respective geographical location, | Remote geo-code database (12) is illustrated as providing, and therefore, storing contact information linked to geographical locations such that each stored set of GPS coordinates corresponding to a respective geographical location is mapped to a respective set of contact information of an entity located at the respective geographical location. See FIG. V, particularly the explanations provided in connection with an entity (therefore location) selected by user. |
| the mobile device configured to be communicable to and from the remote server, the mobile device configured to store and display a first collection of one or more viewable entries, | Mobile device (10) is configured to be communicable to and from the remote server (13). See FIGS. IV and V. Mobile device (10) is configured to store and display a first collection (18) of one or more viewable entries (19). See FIG. II |
| each said viewable entry configured to be linked with a respective geographical location, each said viewable entry configured to store a location-denoting text denoting the respective geographical location and a respective set of GPS coordinates identifying the respective geographical location, each said viewable entry configured to store a respective reminder text denoting a respective task linked with the respective geographical location, | each said viewable entry (19) is configured to be linked with a respective geographical location (20). See FIG. II. Each said viewable entry (19) is configured to store a location-denoting text (21a) denoting the respective geographical location (20) and a respective set (21b) of GPS coordinates identifying the respective geographical location (20). See FIGS. V and VI. Each said viewable entry (19) is configured to store a respective reminder text (22) denoting a respective task (23) linked with the respective geographical location (20). See FIG. II. |
| each said viewable entry configured to have a respective set of user interfaces, which, when selectively displayed on the mobile device, enable the user, for the respective viewable entry, to at least (a) search for, through use of the remote geo-code database, the respective location-denoting text and the respective set of GPS coordinates and (b) view at least both the respective location-denoting text and the respective reminder text, the method comprising | each said viewable entry (19) is configured to have a respective set (30) of user interfaces, which, when selectively displayed on the mobile device, enable the user, for the respective viewable entry (19), to at least:<br>*(a)* search for, through use of the remote geo-code database (12), the respective location-denoting text (21a) and the respective set of GPS coordinates (21b); See FIGS. IV, V and VI; and<br>*(b)* view at least both the respective location-denoting text (21a) and the respective reminder text (22). See FIGS. II and VI. |
| the mobile device displaying a first set of one or more user interfaces enabling the user to input a first input text for the respective reminder text of a first viewable entry of the first collection so that the mobile device receives and stores the first input text as the respective reminder text of the first viewable entry subsequently viewable through the respective set of user interfaces thereof; | mobile device (10) displaying a first set of one or more user interfaces (31A and 31B) enabling the user to input a first input text (33) for the respective reminder text (22) of a first viewable entry (19) of the first collection (18) so that mobile device 10 receives and stores the first input text (33) as the respective reminder text (22) of the first viewable entry (19) subsequently viewable through the respective set (30) of user interfaces thereof. See FIG. II |

1

**CLAIM CHART FOR U.S. PATENT NO. 10,594,854 AGAINST GOOGLE KEEP**

| | |
|---|---|
| the mobile device displaying a second set of one or more user interfaces included in the respective set of user interfaces of the first viewable entry, the second set of one or more user interfaces enabling the user to input text on contact information of an entity located at the respective geographical location of the first viewable entry in using the user-inputted contact information to acquire both the respective location-denoting text and the respective set of GPS coordinates of the first viewable entry through use of the remote geo-code database, the second set of one or more user interfaces including at least a first user interface element enabling the user to input a second input text for searching against a first set of one or more data fields of contact information of an entity located at the respective geographical location of the first viewable entry; | mobile device (10) displaying a second set (32) of one or more user interfaces (32A, 32B, 32C, 32D and 32E) included in the respective set (30) of user interfaces of the first viewable entry (19). See FIGS. IV, V and VI. <br> The second set (32) of one or more user interfaces (32A-32E) enables the user to input text (34) on contact information (41) of an entity (40) located at the respective geographical location (50) of the first viewable entry (19) in using the user-inputted contact information to acquire both the respective location-denoting text and the respective set of GPS coordinates of the first viewable entry through use of the remote geo-code database (12). See FIGS. IV, V and VI. <br> The second set of one or more user interfaces (32) includes at least a first user interface element (36) enabling the user to input a second input text (34) for searching against a first set of one or more data fields (42) of contact information (41a) of an entity (40) located at the respective geographical location (20) of the first viewable entry (19). See FIGS. V and VI (noting that location (50), where entity (40) is located, is eventually set as location (20) of the first viewable entry (19)). |
| the mobile device sending to the remote server a search request including the second input text and indicating a search criterion of the second input text being used to search against the first set of one or more data fields of contact information of an entity, the search request requesting for searching for, based on the search criterion, at least one result entity meeting the search criterion; | Mobile device (10) sends to remote server (13) a search request (60) including the second input text (34) and indicating a search criterion (64) of the second input text (34) being used to search against the first set (42) of one or more data fields (*e.g., name, address*, as illustrated in FIG. V) of contact information (41a) of an entity (40), the search request (60) requesting for searching for, based on search criterion (64), at least one result entity meeting search criterion (64). See FIG. V. |
| the mobile device receiving from the remote server a set of result data of a first result entity including a respective set of contact information of the first result entity and a respective set of GPS coordinates of the first result entity identifying a respective geographical location where the first result entity is located, as a result of the remote server, upon receiving from the mobile device the search request, performing a search operation against the remote geo-code database based on the search criterion and retrieving from the remote geo-code database, as a result of the search operation, the set of result data of the first result entity; | Mobile device (10) receives from remote server (13) a set of result data (41) of a first result entity (40) including a respective set of contact information (41a) of the first result entity and a respective set (41b) of GPS coordinates of the first result entity (40) identifying a respective geographical location (50) where the first result entity (40) is located, as a result of the remote server (13), upon receiving from mobile device (10) the search request (60), performing a search operation (61) against the remote geo-code database (12) based on the search criterion (64) and retrieving from the remote geo-code database (12), as a result of the search operation (61), the set of result data (41) of the first result entity (40). See FIG. V. |
| the mobile device setting and storing a first subset of the received respective set of contact information of the first result entity and the received respective set of GPS coordinates of the | Mobile device (10) sets and stores a first subset of the received respective set of contact information (41a) of the first result entity and the received respective set of GPS coordinates (41b) of the first result entity, as the respective location-denoting text (21a) |

**CLAIM CHART FOR U.S. PATENT NO. 10,594,854 AGAINST GOOGLE KEEP**

| | |
|---|---|
| first result entity, as the respective location-denoting text of the first viewable entry and the respective set of GPS coordinates of the first viewable entry, respectively; and | of the first viewable entry (19) and the respective set (21b) of GPS coordinates of the first viewable entry (19), respectively. See FIG. VI. |
| the mobile device displaying an indication indicating a presence of the respective reminder text of the first viewable entry to remind the user of performing of the respective task denoted by the respective reminder text when a set of contemporaneous GPS coordinates of the mobile device corresponding to a contemporaneous geographical location of the mobile device, as captured by the on-board GPS device of the mobile device, corresponds with the stored respective set of GPS coordinates of the first viewable entry; | Mobile device (10) displays an indication (80) indicating a presence of the respective reminder text (22) of the first viewable entry (19) to remind the user of performing of the respective task (23) denoted by the respective reminder text (22) when a set of contemporaneous GPS coordinates (71) of mobile device (10) corresponding to a contemporaneous geographical location (70) of mobile device (10), as captured by the on-board GPS device (14) of mobile device (10), corresponds with the stored respective set of GPS coordinates (21b) of the first viewable entry (19). See FIGS. VII and VI. |
| wherein the second set of user interfaces include at least a first user interface enabling the user to input a set of one or more identifier values for a respective set of one or more data fields of contact information of an entity located at the respective geographical location of the first viewable entry, in uniquely identifying an entity located at the respective geographical location of the first viewable entry through use of the remote geo-database; | wherein the second set (32) of user interfaces (32A-32E) include at least a first user interface (32C) enabling the user to input a set of one or more identifier values (39a) for a respective set (42) of one or more data fields (*e.g., name, address*) of contact information (41a) of an entity (40) located at the respective geographical location (20) of the first viewable entry (19), in uniquely identifying an entity (40) located at the respective geographical location (20) of the first viewable entry (19) through use of the remote geo-database (12). See FIGS. V and VI. |
| wherein the set of one or more identifier values for the respective set of one or more data fields of contact information of an entity located at the respective geographical location of the first viewable entry, is calculated to be used as unique identifier information to uniquely identify an entity located at the respective geographical location of the first viewable entry through use of the remote geo-code database. | wherein the set of one or more identifier values (39a) for the respective set (42) of one or more data fields (*e.g., name, address*) of contact information (41a) of an entity (40) located at the respective geographical location (20) of the first viewable entry (19), is calculated to be used as unique identifier information to uniquely identify an entity (40) located at the respective geographical location (20) of the first viewable entry (19) through use of the remote geo-code database (12). See FIGS. V and VI. |

| CLAIM 3 | Google Keep Through (FIGS. I-VII) |
|---|---|
| The method of claim 1, | See chart above with respect to claim 1, |
| wherein, for each viewable entry of the first collection, the respective location-denoting text includes a name of an entity located at the respective geographical location. | for each viewable entry (19) of the first collection (18), the respective location-denoting text (21a) includes a name of an entity (*e.g., "Jenny Craig Weight Loss Center"*) located at the respective geographical location (20). See FIG. II. |

# CLAIM CHART FOR U.S. PATENT NO. 10,594,854 AGAINST GOOGLE KEEP

| CLAIM 5 | Google Keep Through (FIGS. I-VII) |
|---|---|
| The method of claim 1, | See chart above with respect to claim 1, |
| wherein the indication indicating the presence of the respective reminder text of the first viewable entry, as displayed by the mobile device, comprises the respective reminder text of the first viewable entry. | the indication (80) indicating the presence of the respective reminder text of the first viewable entry, as displayed by the mobile device, comprises the respective reminder text (22) of the first viewable entry (19). See FIG. VII. |

| CLAIM 7 | Google Keep Through (FIGS. I-VII) |
|---|---|
| The method of claim 1, | See chart above with respect to claim 1, |
| wherein the first user interface element of the second set of one or more user interfaces is included in the first user interface of the second set of one or more user interfaces. | wherein the first user interface element (36) of the second set (32) of one or more user interfaces is included in the first user interface (32C) of the second set of one or more user interfaces. See FIG. V. |



FIG. 1



part of user interface set 30 of Google Keep, namly UI 39
Search your notes
J
Inquire about daycare service
Inquire service
Kiddie Academy of Columbia
Pick up meals
Pick up meals
Jenny Craig Weight Loss Center
Buy drill.
Buy drill.
Kendall Hardware Inc
Buy milk
Buy milk
Giant Food
100% 21:38
viewable entry 19
viewable entry 19
viewable entry 19
viewable entry 19
reminder collection 18 of viewable entries 19s
examplary viewable entry 19
Pick up meals
Pick up meals
Jenny Craig Weight Loss Center
location-denoting text (21a) denoting geographical location (20), with set (21a) of GPS coordinates of location (20) stored embedded in entry 19.
tapping this button would lead to set of user interfaces 30 for adding another viewable entry 19
reminder text 22 denoting task 23
tapping this button would lead to user interface set 38 for setting/editing location 20

FIG. II

part of user interface set 30 enabling user to set up, and view information about a viewable entry 19

pressing

**Add reminder**

Time | Place

○ Home
○ Work
○ Edit location

Cancel    Save

User interface 31A enabling user to input/edit text (33) for reminder text 22 linked with location 20 for entry 19

User interface 31B enabling user to view inputted reminder text 22 denoting task 23

User interface 32A used to set location-denoting text 21A for location 20 and a corresponding set of GPS coordinates 21B of location 20, both for a viewable entry 19.

FIG. III



part of user interface set 30 (namely, user interface set 32 comprising UI sets 32A-E) enabling user to search for and select an identified unique entity, thereby setting an identified location
pick up meals
Pick up meals
Add reminder
Time
Place
Home [redacted]
Work [redacted]
Edit location
pressing
Cancel
Save
user interface 32A for a viewable entry 19
Search
powered by Google
User interface 32B for searching for an entity 40 located at location 20, for a viewable entry 19.
Having Internet Connection
No Internet Connection
jenny craig columbia
Jenny Craig Weight Loss Center
Forest Drive, Columbia, SC, USA
Jenny Craig Weight Loss Center
Harvey Avenue, Kelowna, BC, Canada
Jenny Craig Weight Loss Center
Sterrett Place, Columbia, MD, USA
Jenny Craig Weight Loss Center
West Broadway, Columbia, MO, USA
Jenny Craig Weight Loss Center
West Broadway Avenue, Vancouver, BC, Cana...
powered by Google
User interface 32C for setting values of GPS coordinates of location 20 of exemplary entry 19 through use of remote server 12 and geo-database 13.
jenny
Can't load search results.
Try again
User interface 99Z is displayed when there is no Internet connection, thus indicating the use of server 13 and remote database 12 to set value of GPS coordinates of location 20 of exemplary entry 19.

FIG. IV



UI 32C of UI set 30 on mobile device 10
text field 36 enabling user to input text 34 (e.g., name of entity, city, and so on) contact information 41a of an entity 40 at location 50
Through Internet
search request 60 sent to remote server 13 from mobile device 10, with search request 60 including input text 34 and indicating search criterion 64 of input text 34 being used to search against data field(s) 42 (such as name, city) of contact info 41a of entity 41.
17:28
52%
jenny craig columbia
Jenny Craig Weight Loss Center
Forest Drive, Columbia, SC, USA
Jenny Craig Weight Loss Center
Harvey Avenue, Kelowna, BC, Canada
Jenny Craig Weight Loss Center
Sterrett Place, Columbia, MD, USA
Jenny Craig Weight Loss Center
West Broadway, Columbia, MO, USA
Jenny Craig Weight Loss Center
West Broadway Avenue, Vancouver, BC, Cana...
powered by Google
server (13)
geo-code database (12)
Through Internet
search results returned from search operation 61 performed upon search request 60; search results is sent from server 13 to mobile device 10, and is displayed for selection by user.
received search results, which are displayed in the form of a list of unique result entities (each identified by its respective contact info of its received result data) for selection; a selection of a result entity represents a selection of identified location (where the selected result entity is located).
list item 39 has identifier values 39a for data field(s) 42 of contact info 41a of entity 40 located in location 50, which is collectively calculated to uniquely identify entity 40 located at location 50 (which would be set to location 20 of examplary viewable entry 19);
unique result entity 40 selected by user, representing identified location (where entity is located) being selected as location 20 of examplary viewable entry 19;
received result data 41 of selected result entity 40 includes contact info 41a (as shown) of entity 40; result data 41 of selected result entity 40 also includes set of GPS coordinates (41b) though not displayed; result data 41 of entity 40, which comes from DB 13, indicates that geo-code DB (12) stores contact info linked to geographical locations such that each stored set of GPS coordinates corresponding to a respective geographical location is mapped to a respective set of contact info of an entity located at the respective geographical location.

FIG. V



User interface (UI) 32C
UI 32D
pressing
UI 39
jenny craig columbia
Jenny Craig Weight Loss Center
Forest Drive, Columbia, SC, USA
Jenny Craig Weight Loss Center
Harvey Avenue, Kelowna, BC, Canada
selection
Jenny Craig Weight Loss Center
Sterrett Place, Columbia, MD, USA
Jenny Craig Weight Loss Center
West Broadway, Columbia, MO, USA
Jenny Craig Weight Loss Center
West Broadway Avenue, Vancouver, BC, Cana...
powered by Google
pick up meals
Pick up meals
Add reminder
Time
Place
Home
5804 Wild Orange Gate
Work
5570 Sterrett Pl
Jenny Craig Weight Loss Center
Cancel
Save
pressing
Pick up meals
Pick up meals
Jenny Craig Weight Loss Center
Search your notes
Inquire about daycare service
Inquire service
Kiddie Academy of Columbia
Pick up meals
Pick up meals
Jenny Craig Weight Loss Center
Buy drill.
Buy drill.
Kendall Hardware Inc
Buy milk
Buy milk
Giant Food
After selection of result entity (40) at location (50) and pressing the "Save" button, part of received contact info (41a) of result entity (40) and received set (41b) of GPS coordinates of result entity would be set as location-denoting text (21a) and set (21b) of GPS coordinates, both of viewable entry 19, respectively.
UI 32E
showing summary of exemplary viewable entry 19, with received set (21B) of GPS coordinates of location (20) stored and embedded as part of entry 19
exemplary viewable entry 19 shown in collection 18, indicating an active location-based reminder

FIG. VI



Indicating proper functioning of on-board GPS 14

reminder 80, which is launched in REAL TIME as part of Google Keep's operation when mobile device 10's contemporaneous location 70, whose set of GPS coordinates (71) is captured by on-board GPS 14, corresponds with set (21b) of GPS coordinates stored as part of exemplary viewable entry 19 of reminder collection 18.

launching of reminder 80 indicates set (21b) of GPS coordinates being stored as part of exemplary viewable entry 19.

Indicating mobile device 10's contemporaneous location 70 in a map navigation application, which is close to location (20) of exemplary viewable entry 19

FIG. VII