```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/2/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MIRA ADVANCED TECHNOLOGY SYSTEMS INC.,**

              **Plaintiff,**

    -against-

**GOOGLE LLC,**

             **Defendant.**

**21-cv-07931 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Parties are hereby **ORDERED** to submit a joint status report to the Court on or before **November 30, 2021**.

**SO ORDERED.**

Dated:   November 2, 2021
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**