**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/3/2021__
```

**MIRA ADVANCED TECHNOLOGY SYSTEMS INC.,**

                **Plaintiff,**

     -against-

**GOOGLE LLC,**

                **Defendant.**

**21-cv-07931 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

     This case was transferred from the Eastern District of Virginia on September 23, 2021. The Court is aware of the pending motion to dismiss in this action. The parties may refile supporting papers in accordance with Local Rule 7.1(a)(2)-(3) should they choose to do so. The Parties are directed to file a Notice of Motion in accordance with Local Rule 7.1(a)(1).

**SO ORDERED.**

Dated:    December 3, 2021
              New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**