USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRA ADVANCED TECHNOLOGY SYSTEMS INC.,

        Plaintiff,

-against-

GOOGLE LLC,

        Defendant.

21-cv-07931 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Parties are hereby **ORDERED** to file a joint status report on or by **February 9, 2024** advising the Court on the current status of this matter.

**SO ORDERED.**

Dated:    January 26, 2024
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**