USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/23/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MIRA ADVANCED TECHNOLOGY SYSTEMS INC.,**

        **Plaintiff,**

        -against-

**GOOGLE LLC,**

        **Defendant.**

**21-CV-07931 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The United States Court of Appeals for the Federal Circuit having affirmed this Court's prior decision dismissing Plaintiff's claims against Defendant with prejudice and upon the Parties' joint status report submission docketed at ECF No. 75, the Clerk of the Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated:  February 23, 2024
          New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**